# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Eulogio RAMIREZ-Amaya,<br><br>　　　　　Defendant. | Case No. 25MJ8509-LR<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1325(a)(1)<br>Illegal Entry (Misdemeanor) |

The undersigned complainant being duly sworn states:

On or about June 5, 2025 within the Southern District of California, defendant, Eulogio RAMIREZ-Amaya, an alien, knowingly and voluntarily entered the United States of America free from official restraint at a time or place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1).

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

*Fernando Quiroz*
FERNANDO QUIROZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 6th day of June, 2025.

HON. LUPE RODRIGUEZ, JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Eulogio RAMIREZ-Amaya,

**STATEMENT OF FACTS**

On June 5, 2025, Border Patrol Agent (BPA) R. Kallen was conducting Border Patrol duties approximately twenty (20) miles west of the Calexico, California Port of Entry. This area consists of the Jacumba Wilderness area, high desert, and mountainous terrain with large boulders and canyons.

At approximately 12:00 a.m., BPA Kallen encountered footprints for a group of individuals heading in a northbound direction away from the United States/ Mexico International Boundary. BPA Kallen began tracking the footprints north. At approximately 3:00 a.m., BPA Kallen encountered three individuals, including one later identified as Eulogio RAMIREZ-Amaya (RAMIREZ), sleeping in a wash approximately three (3) miles north of the United States/Mexico International Boundary. BPA Kallen woke the individuals and identified himself as a BPA. After confirming and matching the shoeprint with the individual's shoes, BPA Kallen questioned RAMIREZ as to his citizenship. RAMIREZ admitted to being in the United States illegally and admitted he was a citizen of Mexico who does not possess any immigration documentation to enter, be, or remain in the United States legally. RAMIREZ and the other two individuals were placed under arrest and were transported to the El Centro Border Patrol Station for further processing.

There is no evidence showing RAMIREZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to enter the United States.